## William J. Wright et al., Appellees, v. Anna S. Chandler et al., Appellants.

### Gen. Nos. 17,443, 17,444, 17,445, 17,447.

These cases are controlled by the decision in No. 17,446, *ante*, p. 476.

Appeal from the Superior Court of Cook county; the Hon. WILLIAM FENIMORE COOPER, Judge, presiding. Heard in this court at the March term, 1911. Affirmed. Opinion filed May 26, 1913. Rehearing denied June 9, 1913.

SHEPARD, McCORMICK & THOMASON, for appellants.

HENRY W. LEMAN, for appellees.

MR. JUSTICE BAKER delivered the opinion of the court.

These cases present the same question that is presented in No. 17,446, *ante,* p. 476, and were submitted on the abstracts and briefs filed in that case. For the reasons stated in the opinion in that case the decrees in these cases are affirmed.

*Affirmed.*